## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

HIDDEN CREEK, L.P.,

        Respondent

        v.

LOWER SALFORD TOWNSHIP
AUTHORITY,

        Petitioner

:  No. 920 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.